In the Matter of LONG ISLAND RAILROAD COMPANY. RUDOLPH REIMER, Appellant; TRANSIT COMMISSION OF STATE OF NEW YORK et al., Respondents.

Argued March 14, 1941; decided April 17, 1941.

*Julius Henry Cohen, Burton A. Zorn, William A. Pallme* and *Eugene H. Gordon* for appellant.

*Frank C. Bowers* and *George H. Stover* for the Transit Commission, respondent.

*Otto M. Buerger* and *Louis J. Carruthers* for Long Island Railroad Company, respondent.

*William C. Chanler, Corporation Counsel* (*Herman Horowitz* and *William Mason Smith, Jr.,* of counsel), for City of New York, respondent.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein* of counsel), for State of New York, *amicus curiæ.*

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.